UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, HORACIO MENDEZ, ANNALISA MENDEZ, and PUNGA PUNGA FINANCIAL, LTD., individually and on behalf of a class of all others similarly situated, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:09-CV-1600-N Hon. David C. Godbey |
| PROSKAUER ROSE, LLP, THOMAS V. SJOBLOM, P. MAURICIO ALVARADO, and CHADBOURNE & PARKE, LLP, | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' <u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Defendants Proskauer Rose LLP ("Proskauer"), Chadbourne & Parke LLP ("Chadbourne"), and Thomas V. Sjoblom ("Sjoblom") (collectively, "defendants") respectfully submit this reply in further support of their Motion for Leave to File Notice of Supplemental Authority in Further Support of Their Motions to Dismiss Plaintiffs' Second Amended Class Action Complaint (the "Motion," Doc. 134).

1. Plaintiffs will suffer no prejudice if the Motion is granted, and do not purport to identify any such prejudice in their response. Because defendants already have submitted their proposed Notice (Doc. 134, Ex. A), granting the Motion would not result in any delay. Further, plaintiffs have had defendants' proposed Notice for more than three weeks. We assume that any response they wish to make could be filed expeditiously.

2. Contrary to plaintiffs' assertion, the issues and authorities addressed by the Notice have not been "fully briefed" elsewhere. The Notice discusses cases that were decided after briefing on the motions to dismiss was completed. Plaintiffs note that some of these cases, concerning attorney immunity, were also referenced in defendants' April 18, 2014 Opposition to Plaintiffs' Motion to Defer Resolution of Motions to Dismiss (Doc. 131). But that submission did not contain a detailed discussion of those cases, and did not address the other issues and cases addressed in the Notice — including recent authority showing why plaintiffs' claims for aiding and abetting Texas Securities Act violations and for negligent retention/supervision are invalid. (*See* Doc. 134, Ex. A at 14-17.)

3. Plaintiffs' argument that there has been no "change in the law" since the motions to dismiss were filed only underscores why the proposed Notice should be accepted. The purpose of the Notice is to call to the Court's attention four years' worth of additional authority from Texas courts confirming that plaintiffs have failed to state a valid claim against defendants. That authority includes a recent decision of the Texas Supreme Court which addressed, as an issue of first impression, the legal standards applicable to "holder" claims — like those asserted by plaintiffs here — under the Texas Securities Act. (*Id.* at 14-15.) Defendants believe the case law discussed in the Notice is significant and worthy of the Court's consideration.

For the foregoing reasons and those set forth in the Motion, defendants respectfully request that the Motion be granted.

Dated: June 17, 2014

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ James P. Rouhandeh
    James P. Rouhandeh*
    New York Bar No. 2211837
    rouhandeh@davispolk.com
    Daniel J. Schwartz*
    New York Bar No. 4159430
    daniel.schwartz@davispolk.com
    Jonathan K. Chang*
    New York Bar No. 4500484
    jonathan.chang@davispolk.com

450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
* admitted *pro hac vice*

- and -

CARRINGTON, COLEMAN, SLOMAN
   & BLUMENTHAL, L.L.P.

By: /s/ Neil R. Burger
    Bruce W. Collins
    Texas Bar No. 04604700
    bcollins@ccsb.com
    Neil R. Burger
    Texas Bar No. 24036289
    nburger@ccsb.com

901 Main Street, Suite 5500
Dallas, Texas  75202
Telephone:  (214) 855-3000
Facsimile:  (214) 855-1333

*ATTORNEYS FOR DEFENDANT*
*PROSKAUER ROSE LLP*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Beller
    Daniel J. Beller*
    New York Bar No. 1643741
    dbeller@paulweiss.com
    Daniel J. Leffell*
    New York Bar No. 1883776
    dleffell@paulweiss.com
    William B. Michael*
    New York Bar No. 4296356
    wmichael@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6065
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
* admitted *pro hac vice*

- and -

VINSON & ELKINS LLP

By: /s/ Harry M. Reasoner
    Harry M. Reasoner
    Texas Bar No. 16642000
    hreasoner@velaw.com
    William D. Sims, Jr.
    Texas Bar No. 18429500
    bsims@velaw.com

1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 758-2346

*ATTORNEYS FOR DEFENDANT CHADBOURNE & PARKE LLP*

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Christina M. Carroll
 Christina M. Carroll*
 D.C. Bar No. 473337
 ccarroll@mckennalong.com

1900 K Street NW
Washington, DC 2006
Telephone: (202) 496-7212
Facsimile: (202) 496-7756
* admitted *pro hac vice*

- and -

FISH & RICHARDSON P.C.

By: /s/ William B. Mateja
 William B. Mateja
 Texas Bar No. 13185350
 mateja@fr.com

1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*ATTORNEYS FOR DEFENDANT*
*THOMAS V. SJOBLOM*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, I electronically transmitted the foregoing document to all parties of record using the ECF system for filing.

/s/ Daniel J. Beller