IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-1600-N |
| | § | |
| PROSKAUER ROSE, LLP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Plaintiffs Samuel Troice and Punga Punga Financial, Ltd.'s motion to add named plaintiff and putative class representative [163]. Plaintiffs seek to add Pam Reed as a named plaintiff and class representative in this action to replace class representative plaintiffs Horacio and Annalisa Mendez, who no longer wish to serve as class representatives. The Court finds good cause exists for Plaintiffs' motion and accordingly grants it. The Court orders that Pam Reed is added as a named plaintiff and putative class representative.

Signed March 24, 2015.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE