IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, PAM REED, and PUNGA PUNGA FINANCIAL, LTD., individually and on behalf of a class of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | Case No. 3:09-CV-1600-N Hon. David C. Godbey |
| v. | § § | |
| PROSKAUER ROSE, LLP, THOMAS V. SJOBLOM, P. MAURICIO ALVARADO, and CHADBOURNE & PARKE, LLP, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Judith R. Blakeway of the law firm Strasburger & Price, LLP, hereby submits her Notice of Appearance as co-counsel for Samuel Troice, Pam Reed, and Punga Punga Financial, Ltd., individually and on behalf of a class of all others similarly situated ("Plaintiffs") in the above-styled and numbered cause of action.  Ms. Blakeway is admitted to the Bar of the Northern District of Texas.

Pursuant to Federal Rules of Civil Procedure, please serve her with copies of all pleadings, pleas, motions, notices, and other items to be served at the address below or through the Court's CM/ECF notification system.

Dated:  January 21, 2016

Respectfully submitted,

**STRASBURGER & PRICE, LLP**

By:  */s/ Judith R. Blakeway*
    Judith R. Blakeway
    Texas Bar No. 02434400
    Judith.blakeway@strasburger.com
    Edward F. Valdespino
    Texas Bar No. 20424700
    Edward.valdespino@strasburger.com
    2301 Broadway
    San Antonio, Texas 78215
    (210) 250-6061
    (210) 258-2703 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         */s/ Judith R. Blakeway*
                                         Judith R. Blakeway