IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-01600-N |
| | § | |
| PROSKAUER ROSE, LLP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

This Order requests an update from the parties regarding the status of this case. On March 10, 2016, the Fifth Circuit resolved the notices of appeal filed by three of the four defendants in this case. *See* [241]–[243] (rendering judgment that the defendants were immune from suit and dismissing claims against them with prejudice). Defendant P. Mauricio Alvarado did not file a notice of appeal challenging this Court's denial of his motion to dismiss on the ground of attorney immunity. Thus, he was not considered in the Fifth Circuit's order. Accordingly, the Court requests an update from the parties within fourteen (14) days of the date this order is signed regarding the status of any remaining claims and parties in this case.

Signed April 27, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE