IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL TROICE; HORACIO MENDEZ; ANNALISA MENDEZ; and PUNGA PUNGA FINANCIAL, LTD., Individually and behalf Of a class of all other similarly situated, §§§§§ *Plaintiffs*, § § § v. § § PROSKAUER ROSE, LLP; THOMAS V. SJOBLOM; P. MAURICIO ALVARADO; and CHADBOURNE & PARK, LLP, § § § *Defendants*. § | Case No. 03:09-CV-1600-F |

## AGREED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In response to the Court's April 27, 2016 Order requesting an update from the parties on the status of Defendant Pablo M. Alvarado, the parties request that the case be dismissed without prejudice. The class action has never been certified pursuant to Federal Rule 23.

Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each of the named Plaintiffs, individually and on behalf of the proposed class of similarly situated persons, and the Defendant, Pablo M. Alvarado stipulate and agree to dismiss this action without prejudice against refiling. Each party will bear its own costs, expenses and attorney fees.

WHEREFORE the Plaintiffs and Defendant request that the Court enter an order dismissing this case consistent herewith.

Respectfully Submitted,

| | |
|---|---|
| /s/  *Michael J. Stanley* | /s/  *Edward C. Snyder* |
| Michael J. Stanley ▪ TBN 1904660 | Edward C. Snyder ▪ TBN 00791699 |
| Stanley Frank & Rose | Castillo Snyder, P.C. |
| 7026 Old Katy Rd., Suite 259 | 300 Covenant St., Suite 1020 |
| Houston, Texas 77024 | San Antonio, Texas 78205 |
| Tel: 713-980-4381 ▪ Fax: 713-980-1179 | Tel: 210-630-4200 ▪ Fax: 210-630-4210 |
| mstanley@stanleylaw.com | esnyder@casnlaw.com |
| | |
| ATTORNEY FOR DEFENDANT, | LEAD CLASS COUNSEL AND ATTORNEYS IN |
| PABLO M. ALVARADO | CHARGE FOR PLAINTIFFS AND THE PUTATIVE CLASS |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016 a true and correct copy of this document was filed with the U.S. District Court for the Northern District of Texas via the Court's ECF system. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

/s/ *Edward C. Snyder*
Edward C. Snyder